■ FEDERAL INSURANCE COMPANY v ALEXANDER D. WALKER, JR. (And a

Third-Party Action.)—Motion, insofar as it seeks reargument denied and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, insofar as it denied third-party defendants-respondents' motion for summary judgment dismissing the third-party complaint, properly made?" Concur—Murphy, P. J., Kupferman, Lupiano and Lynch, JJ.